**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY MEADOWS<br><br>            Plaintiff,<br><br>    v.<br><br><br>HUMILITY OUTREACH MISSIONARY MINISTRIES, INC., and DAVID GILMORE,<br><br>            Defendants. | Civil Action No. 18-cv-00036-CKK |

**STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to this Court's Order of January 24, 2019 (ECF#10), Plaintiff Anthony Meadows hereby dismisses all claims against all Defendants with prejudice.

Respectfully submitted,

Dated: January 25, 2019

/s/ Dennis A. Corkery
Dennis A. Corkery (D.C. Bar No. 1016991)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
11 Dupont Circle, Suite 400
Washington, DC 20036
Phone: (202) 319-1000
Fax: (202) 319-1010
Email: Dennis_Corkery@washlaw.org

Thomas G. Hentoff (D.C. Bar No. 438394)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005

1

(202) 434-5000  
(202) 434-5029 (facsimile)  
thentoff@wc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2019, a copy of the foregoing Stipulation of Dismissal With Prejudice was served by the CM/ECF system upon all counsel of record.

*/s/ Dennis A. Corkery*
Dennis A. Corkery