**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY MEADOWS,<br><br>     Plaintiff,<br><br>     v.<br><br>HUMILITY OUTREACH MISSIONARY MINISTRIES, INC., and DAVID GILMORE,<br><br>     Defendants. | Civil Action No. 18-36 (CKK) |

**ORDER**
(January 28, 2019)

In light of Plaintiff's [11] Stipulation of Dismissal of All Claims with Prejudice, filed pursuant to the Court's [10] Order and Federal Rule of Civil Procedure 41(a)(1)(A)(i) before Defendants have served an answer or motion for summary judgment, it is, this 28th day of January, 2019, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge